■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN WASHINGTON, Appellant.—Appeals by the defendant from (1) a judgment of the Supreme Court, Richmond County (Felig, J.), rendered March 18, 1987, convicting him of robbery in the first degree under indictment No. 94/86, upon a jury verdict, and imposing sentence; and (2) an amended judgment of the same court, also rendered March 18, 1987, revoking a sentence of probation previously imposed by the same court (Kuffner, J.), upon a finding that he had violated a condition thereof, upon his plea of guilty, and imposing a sentence of imprisonment upon his previous conviction of robbery in the third degree under indictment No. 207/84.

Ordered that the judgment and amended judgment are affirmed.

To the extent that the issues raised by the defendant are preserved for appellate review as a matter of law, we find no merit to his claims that the prosecutor's cross-examination of him and the prosecutor's summation, both of which concerned the defendant's prior criminal history, deprived him of a fair trial. Further, the defendant's challenge to the trial court's charge is unpreserved for appellate review. We decline to

review the claimed unpreserved errors in the interest of justice.

Finally, we find no basis for modification of the sentence imposed under either indictment (see, *People v Klein,* 126 AD2d 670; *People v Jackson,* 106 AD2d 93). Brown, J. P., Lawrence, Kunzeman and Kooper, JJ., concur.